# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHAEL P. SHAUGHNESSY**
    Plaintiff
    vs.                      CASE NUMBER: 5:13-cv-271 (TJM/ATB)

**STATE OF NEW YORK, et al.,**
    **Defendants**

Decision by Court. This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court determines to adopt Magistrate Judge Baxter's Report and Recommendations (Dkt. No. 4). Therefore, It is ORDERED that plaintiff's complaint (Dkt. No. 1) is DISMISSED IN ITS ENTIRETY pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 4th day of February, 2014.

DATED: February 5, 2014

*[signature]*
Clerk of Court

By: s/ Nicole Killius
    Deputy Clerk